# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

MUELLER BRASS CO.

    Plaintiff,

v.                                                                                       Case No. 2:20-cv-02496-SHL-cgc

DAVID CROMPTON,

    Defendant.

## MEMORANDUM IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Now comes Defendant David Crompton, by and through undersigned counsel, and respectfully submits the Memorandum in Support of his Motion for Extension of Deadline and in support state as follows:

On April 29, 2021, Plaintiff filed a Motion for Protective Order regarding Defendant's propounded discovery ("Motion for Protective Order") in order to relieve Plaintiff from responding to the Interrogatories and Requests identified therein. [ECF No. 41]. During a status conference held May 3, 2021, the Court indicated that the decision on the Motion for Protective Order would be referred to a Magistrate Judge. [ECF No. 42]. The Court has since formally referred the Motion to the Magistrate Judge. [ECF No. 48]. The Court also today (May 12, 2021) denied Defendant's Motion to Dismiss, triggering the time period for which Defendant is required to file a responsive pleading. [ECF No. 47].

The current filing deadline for Defendant's response to the Motion for Protective Order is May 13, 2021. However, Defendant intends to file his Answer and Counterclaims, which are

expected to change the scope of discoverable subject matter and thereby resolve some or all of the concerns raised in Plaintiff's Motion for Protective Order. Accordingly, Defendant respectfully requests that the current deadline for Defendant's response to the Motion for Protective Order be postponed, and respectfully requests that a new deadline be set for 7 days after Defendant's Answer and Counterclaims are filed. Plaintiff does not oppose the relief requested.

Dated: May 12, 2021

Respectfully submitted,

/s/ Sarah E. Stuart
Michael J. Sullivan (MA No. 487210)
Simon J. Cataldo (MA No. 690879)
*Admitted pro hac vice*
Ashcroft Law Firm, LLC
200 State Street, Floor 7
Boston, MA 02109
(617) 573-9400
msullivan@ashcroftlawfirm.com
scataldo@ashcroftlawfirm.com

Lawrence Laurenzi (BPR No. 009529)
Sarah Stuart (BPR No. 035329)
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000
llaurenzi@bpjlaw.com
sstuart@bpjlaw.com

*Attorneys for Defendant David Crompton*