# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MUELLER BRASS CO., | ) |
| Plaintiff, | ) |
| v. | ) No. 20-cv-02496-SHL-cgc |
| DAVID CROMPTON, | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO AMEND THE AMENDED SCHEDULING ORDER AND TO EXTEND DEADLINE TO RESPOND, AND SECOND AMENDED SCHEDULING ORDER

Before the Court are the Parties' Joint Motion to Amend the Amended Scheduling Order, filed June 3, 2021, (ECF No. 53), and Joint Motion to Extend Deadline for Counter-Defendant Mueller Brass Co. and Third-Party Defendant Mueller Industries, Inc. to Answer or Otherwise Respond to Defendant Crompton's Answer, Counterclaim, and Third-Party Complaint, (ECF No. 54). The Parties seek to extend all dates in the Amended Scheduling Order, (ECF No. 44), by 180 days, which would result in another lengthy delay of this matter. They also seek a 30-day extension of the deadline to respond to Crompton's Answer, currently June 16, 2021. In support of their Motions, the Parties state that due to new circumstances, including the end of the relevant receivership, the addition of new party Mueller Industries, Inc., and a pending Motion for a Protective Order, they require more time to adequately prepare for litigation and conduct discovery. (ECF No. 53.)

Although the requested extension is extremely long, the Court **GRANTS** the Motion. However, the Parties must strictly comply with <u>every</u> new deadline in this Order. No further motions to amend this schedule or extend <u>any</u> deadline will be granted. The deadline to respond is

now **July 16, 2021**.  Further, the following schedule is hereby **ORDERED**:

**COMPLETING ALL DISCOVERY:** January 5, 2022

    (a)  **WRITTEN DISCOVERY:** January 5, 2022[1]

    (b)  **DEPOSITIONS:** January 5, 2022

    (c)  **EXPERT WITNESS DISCLOSURES** (Rule 26):

        1.  **DISCLOSURE OF RULE 26 EXPERT INFORMATION BY THE PARTY WITH THE BURDEN:** November 24, 2021

        2.  **DISCLOSURE OF REBUTTAL RULE 26 EXPERT INFORMATION:** December 15, 2021

        3.  **EXPERT WITNESS DEPOSITIONS:** January 5, 2021

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** February 7, 2022

**FILING DISPOSITIVE MOTIONS:** February 7, 2022

**JOINT PROPOSED PRETRIAL ORDER DUE:**  June 10, 2022
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:**  June 17, 2022, 10:00 AM
(All counsel participating in the trial must be present in person at the pretrial conference.)

**JURY TRIAL:**  June 27, 2022 at 9:30 AM.  Trial is anticipated to last approximately 2 days.

    **IT IS SO ORDERED,** this 4th day of June, 2021.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            UNITED STATES DISTRICT JUDGE

---

[1]  The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.