# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MUELLER BRASS CO., <br>     Plaintiff / Counter-Defendant, <br> v. <br> DAVID CROMPTON, <br>     Defendant / Counter-Plaintiff. | No. 2:20-cv-02496-SHL-atc |

## ORDER GRANTING DEFENDANT/ COUNTER-PLAINTIFF DAVID CROMPTON'S UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Before the Court is Defendant/ Counter-Plaintiff David Crompton's ("Crompton") Unopposed Motion for Continuance of Status Conference, (ECF No. 106), filed February 15, 2022. Crompton seeks a one-week continuance of the in-person status conference scheduled for March 7, 2022, because his lead counsel has an unavoidable conflict on that date as he will be out of the country on business. According to Crompton, the Parties do not object to the requested relief.

Finding cause and without opposition, the Court **GRANTS** the Motion and moves the in-person Status Conference to March 17, 2022 at 2:30 p.m.

**IT IS SO ORDERED,** this 15th day of February, 2022.

                                                      s/ Sheryl H. Lipman <br>
                                                      SHERYL H. LIPMAN <br>
                                                      UNITED STATES DISTRICT JUDGE