## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| MUELLER BRASS CO., )<br>    Plaintiff / Counter-Defendant, )<br>v. )<br>DAVID CROMPTON, )<br>    Defendant / Counter-Plaintiff. ) | No. 2:20-cv-02496-SHL-atc |

### ORDER GRANTING MUELLER BRASS CO.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE ITS ANSWER TO DEFENDANT'S FIRST AMENDED COUNTERCLAIM

Before the Court is Plaintiff/Counter-Defendant Mueller Brass Co.'s ("Mueller Brass") Unopposed Motion to Extend Deadline to File its Answer to Defendant's First Amended Counterclaim, (ECF No. 109), filed February 15, 2022.  Mueller Brass seeks to extend its deadline to file its Answer to Defendant's First Amended Counterclaim from February 24, 2022, to March 31, 2022.  In support, it states that the extension will allow the Parties to continue to dialogue before the Status Conference scheduled for March 17, 2022 at 2:30 p.m., (ECF No. 107), and will allow the Parties to obtain unspecified "guidance" from the Court at this Conference.  According to Mueller Brass, Defendant/Counter-Plaintiff Crompton does not oppose the requested relief.

Finding cause and without opposition, the Court **GRANTS** the Motion.  Mueller Brass' deadline to file its Answer to Defendant's First Amended Counterclaim is now **March 31, 2022.**

**IT IS SO ORDERED,** this 15th day of February, 2022.

                                                  s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                UNITED STATES DISTRICT JUDGE