# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MUELLER BRASS CO., )<br>  Plaintiff / Counter-Defendant, )<br> )<br>v. )<br> )<br>DAVID CROMPTON, )<br>  Defendant / Counter-Plaintiff. ) | No. 2:20-cv-02496-SHL-atc |

### ORDER GRANTING MUELLER BRASS CO.'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTIONS TO REVISE THE COURT'S FEBRUARY 10, 2022 AND ITS JULY 13, 2022 ORDERS

Before the Court is Plaintiff Counter-Defendant Mueller Brass Co.'s ("MBC") Motion for Leave to File Reply in Further Support of Its Motions to Revise the Court's February 10, 2022 and Its July 13, 2022 Orders. (ECF No. 150.)

In support, MBC states that a brief Reply of no more than five (5) pages is warranted "to address certain misstatements and/or mischaracterizations of facts and law contained in Crompton's Opposition." (Id. at PageID 2262 (citing ECF No. 148).) According to MBC, Crompton does not oppose the relief sought.

Finding cause, the Court **GRANTS** MBC's Motion. MBC is **DIRECTED** to file its Reply as a separate entry on the docket by **August 8, 2022.**

**IT IS SO ORDERED,** this 5th day of August, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE