# EXHIBIT D

Excerpts of Deposition of Jeffrey Martin Rule 30(b)(6)

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
 2                     AT MEMPHIS
 3   _____
 4
 5   MUELLER BRASS CO.,
 6        Plaintiff/Counter-Defendant,
 7   v.                      No. 2:20-CV-02496-SHL-CGC
 8
     DAVID CROMPTON,
 9
10        Defendant/Counter-Plaintiff.
     _____
11
12                    DEPOSITION
13                        OF
14                  JEFFREY MARTIN
15                 November 1, 2022
16
17
18
19
20
21      ALPHA REPORTING, A VERITEXT COMPANY
                  236 Adams Avenue
22               Memphis, TN 38103
                   901-523-8974
23
24
                                              Page 1
```



**EXHIBIT D**

```
 1   BY MR. SULLIVAN:
 2        Q.   Sure.  Did Mueller ever tell Quick
 3   Fittings or Mr. Crompton that it was intending
 4   to call the notes due as soon as it acquired
 5   them?
 6             MR. MONTGOMERY:  Object to the form.
 7        A.   Not that I'm aware of.
 8   BY MR. SULLIVAN:
 9        Q.   Did Mueller put a value on Quick
10   Fittings of $30 million at some point?
11        A.   It was approximately that I think
12   early in the process.
13        Q.   And did Mueller offer or at least
14   express an intent to purchase Quick Fittings
15   during the receivership proceeding for $18
16   million?
17        A.   I believe there were discussions
18   around that.
19        Q.   And were the -- was the JP Morgan
20   loan or the Antipodes loan ever insecure?
21        A.   Can you define that phrase for me
22   when you say insecure?
23        Q.   Meaning there is not enough
24   collateral to pay the loans.
```

Page 27



**EXHIBIT D**

```
 1        A.    I think that was a very big question.
 2        Q.    When?
 3        A.    Probably prior to that receivership
 4   and all the way through it.
 5        Q.    All the way through the receivership?
 6        A.    Until the very end.
 7        Q.    When was the loan no longer a
 8   question?
 9        A.    When we received our money from the
10   receiver.
11        Q.    Do you know how many other claims
12   were secured claims in the receivership?
13        A.    I don't know exactly, I know there
14   were at least one, maybe two.
15        Q.    Besides Mueller?
16        A.    Uh-huh (affirmative response).
17        Q.    In addition to Mueller, there were
18   other secured claims?
19        A.    I'm not sure exactly.  There some
20   that claimed -- people who claimed secured.
21        Q.    Did Mueller take a position that it
22   was first, second, and third in terms of
23   security interest?
24        A.    I think we took the position we were
```

Page 28

```
 1   first.
 2        Q.   Just first?
 3        A.   With everything.
 4        Q.   With everything.  And what was the
 5   total amount of its secured claims?
 6        A.   Around 10.5 million.
 7        Q.   And what value did the court approve
 8   the sale of Quick Fittings' assets at?
 9        A.   I think around 23 million.
10        Q.   And you're saying even though the
11   value was approved at 23 million, at that time
12   Mueller still felt insecure?
13        A.   Uh-huh (affirmative response).
14        Q.   Why is that?
15        A.   Just the process of the receivership.
16   Other claims that were coming out against the
17   process, questions from the receiver.  I
18   believe at one point the receiver approved
19   payment to a creditor below us, ahead of us.
20   So there was a lot of uncertainty.  And until
21   we received the money there was no confidence
22   that that amount would be distributed to us.
23        Q.   Did you have no confidence that you
24   would receive payment for the JP Morgan loan?
```

Page 29



**EXHIBIT D**

```
 1        A.   It's really how much we would receive
 2   and, you know, what we would receive.  We had
 3   zero confidence we would get anything until we
 4   got paid.
 5        Q.   Even in the fall of 2020 you had zero
 6   confidence you were going to get paid
 7   anything?
 8        A.   We hadn't been paid anything.
 9        Q.   Well, I understand you hadn't been
10   paid.  I'm saying even in the fall of 2020 --
11        A.   There was no certainty until we were
12   paid what amount or any amount we would
13   receive, and how long that would take.
14        Q.   I'm not trying to be argumentative
15   but I understand certain people that zero
16   confidence?
17        A.   We might get something but again the
18   process was such that there was a lot of doubt
19   when we would prevail on our claims and how
20   much we would get to satisfy those claims.
21        Q.   Why was Mueller interested in the
22   acquiring the assets of Quick Fittings?
23        A.   It was important to us mainly for the
24   Southwire program.  That was -- at the time we
```

Page 30


**EXHIBIT D**

```
 1                    C E R T I F I C A T E
 2
      STATE OF TENNESSEE
 3
      COUNTY OF SHELBY
 4
 5          I, Dana May Webb, LCR #109, Licensed
      Court Reporter, in and for the State of
 6    Tennessee, do hereby certify that the above
      proceeding was reported by me, and the
 7    transcript is a true and accurate record to
      the best of my knowledge, skills, and ability.
 8
            I further certify that I am not related
 9    to nor an employee of counsel or any of the
      parties to the action, nor am I in any way
10    financially interested in the outcome of this
      case.
11
            I further certify that I am duly
12    licensed by the Tennessee Board of Court
      Reporting as a Licensed Court Reporter as
13    evidenced by the LCR number and expiration
      date following my name below.
14
            I further certify that this transcript
15    is the work product of this court reporting
      agency and any unauthorized reproduction
16    and/or transfer of it will be in violation of
      Tennessee Code Annotated 39-14-104, Theft of
17    Services.
18                  [signature: Dana M. Webb]
19
                    Dana May Webb, CCR, LCR #109
20                  Expiration Date 06-30-2024
                    VERITEXT CORPORATION
21                  236 Adams Avenue
                    Memphis, Tennessee 38103
22
23
24
25

                                              Page 42
```



**EXHIBIT D**